# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DELVIS GEOVANNY TURCIOS CARDOZA,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER; *et al.*,

Respondents.

Case No. 26-cv-04096-BAS-VET

**ORDER REFERRING PETITION FOR WRIT OF HABEAS CORPUS FOR CONSIDERATION OF APPOINTMENT OF COUNSEL**

Petitioner Delvis Geovanny Turcios Cardoza filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner is self-represented.

Before proceeding, the Court finds it appropriate to **REFER** this matter to Federal Defenders of San Diego, Inc. for consideration of appointment of counsel. The Court requests that Federal Defenders review Petitioner's matter and file a status report addressing whether appointment of counsel is appropriate by **July 29, 2026**. If counsel accepts appointment, then any amended petition must be filed no later than **August 5, 2026**. If counsel declines appointment, then the Court will further screen the Petition or set a briefing schedule.

Accordingly, the Court directs the Clerk of Court to serve a copy of the Petition (ECF No. 1) and this Order on Federal Defenders of San Diego, Inc.

**IT IS SO ORDERED.**

**DATED: July 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv4069