# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DELVIS GEOVANNY TURCIOS CARDOZA,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER; *et al.*,

Respondents.

Case No. 26-cv-04096-BAS-VET

**ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Delvis Geovanny Turcios Cardoza filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court referred the matter for consideration of appointment of counsel. (ECF No. 3.) Federal Defenders filed a Notice of Habeas Relief, which shares that Petitioner has since been released from immigration custody. (ECF No. 6.) Accordingly, the Court **DENIES AS MOOT** the Motion for a Temporary Restraining Order. (ECF No. 2.) The Court also **DISMISSES** the Petition because it is **MOOT**. (ECF No. 1.) The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: July 27, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv04096